# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BEACHES MRI** a/a/o **JERRY M. CAJUSTE, ELITE SPINE GROUP** a/a/o **JERRY CAJUSTE,** and **BLUE WATER PAIN SOLUTIONS, P.A.** d/b/a **FLORIDA PAIN CENTER** a/a/o **JERRY CAJUSTE,**
Appellants,

v.

**BRISTOL WEST INSURANCE COMPANY,**
Appellee.

Nos. 4D21-795 and 4D21-796

[February 3, 2022]

Consolidated appeals from the County Court for the Seventeenth Judicial Circuit, Broward County; John D. Fry, Judge; L.T. Case Nos. CONO19-5868, CONO19-15276, CONO19-15332 and CONO20-12188.

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellants.

Anthony J. Parrino and Jennifer W. Opiola of Reynolds Parrino & Shadwick PA, St. Petersburg, and Olga Acosta Farmer of Law Offices of Sanabria & Marsh, Oklahoma City, OK, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***